IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMERCE BANK, N.A., Plaintiff, | |
| vs. | CIVIL ACTION NO. **IN ADMIRALTY** CA 06 439 T-DLM |
| S/V FALCON (O.N.1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, and FALCON PROMOTIONAL SERVICES, LLC, *in personam*, Defendants. | |

***EX PARTE* MOTION FOR MARITIME ARREST OF DEFENDANT VESSEL**

NOW COMES plaintiff, COMMERCE BANK, N.A., and by and through its attorneys, moves *ex parte* pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for an order of *in rem* arrest directing the United States Marshal to proceed forthwith and arrest defendant vessel "FALCON" (O.N. 114354), her engines, tackle, apparel, furniture, equipment, rigging, and all other necessaries appurtenant thereto (hereinafter referred to as "Vessel"), to enforce a preferred mortgage lien pursuant to the Ship Mortgage Act of 1920, as amended and recodified in Title 46, United States Code, sections 31301 *et seq.*

As grounds for this motion, plaintiff states the following reasons:

1. Plaintiff has filed a Verified Complaint in Admiralty asserting, *inter alia*, a valid and enforceable preferred mortgage lien against the Vessel.

2. Defendant Vessel is located currently in the District of Rhode Island and is being stored ashore at the New England Boatworks, Inc. in Portsmouth, Rhode Island.

3. The owner of defendant Vessel, co-defendant, FALCON PROMOTIONAL SERVICES, LLC, has defaulted on a certain Commercial Guaranty, dated March 5, 2003, which secured the underlying Promissory Note of same date. As of August 23, 2006, there is due and owing to plaintiff the sum of $1,141,010.20, plus interest at the rate of $205.86 per day. Due to the current market conditions, plaintiff's ability to protect its collateral and satisfy its preferred mortgage lien will be seriously impaired if the Vessel is not brought within the jurisdiction of this Honorable Court.

WHEREFORE, plaintiff, COMMERCE BANK, N.A., requests that this Honorable Court enter an order of *in rem* arrest directing the United States Marshal to proceed forthwith and arrest the S/V FALCON (O.N. 1141354), her engines, rigging, tackle, apparel, furniture, equipment, and all other necessaries appurtenant thereto, until transfer of the Vessel to whatever substitute custodian is designated by the Court. A proposed Order of Arrest is attached hereto.

Dated: October 4, 2006

Respectfully submitted,

COMMERCE BANK, N.A.
By its Attorneys,
NORMAN A. PELOQUIN, II, P.C.

Norman A. Peloquin, II, Esquire
*Of Counsel*, Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100
Fax (401) 635-9125

*Of Counsel*:

Jeffrey S. Moller
BLANK ROME LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Tel. (215) 569-5792
Fax (215) 832-5792