IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMERCE BANK, N.A., Plaintiff, | CA 06 439 T-DLM |
| vs. | CIVIL ACTION NO. **IN ADMIRALTY** |
| S/V FALCON (O.N.1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, and FALCON PROMOTIONAL SERVICES, LLC, *in personam*, Defendants. | |

**AFFIDAVIT OF PROPOSED SUBSTITUTE CUSTODIAN**

State of Rhode Island :
County of Newport, sc : Portsmouth, Rhode Island

Thomas Rich, being duly sworn, hereby states under the penalty of perjury pursuant to 28 USC §1746 that:

1. I am Treasurer of New England Boatworks, Inc., a marine builder and repair facility located at One Lagoon Road, Portsmouth, Rhode Island 02871 (hereinafter referred to as "NEBW").

2. I am familiar with the defendant vessel, S/V FALCON (O.N.1141354) (hereinafter) referred to as the "Vessel") at least to the extent of her size, type, construction, material and apparent condition. I believe that NEBW can provide or arrange for adequate facilities and supervision for the safekeeping of the Vessel in lieu of the United States Marshals Service during the pendency of the lawsuit herein and until further order of the Court.

3. With regard to the safekeeping of the Vessel, NEBW will arrange for or perform the following services during the period of custodianship:

(a) Inside dry storage of the Vessel at the customary rate of $1,792.00 per month based upon a six-month storage agreement;

(b) ~~Inside~~ OUTSIDE per dry storage of the Vessel's mast at the customary rate of $75.83 per month based upon a six-month storage agreement;

(c) Monthly charges for storage of the Vessel's rigging, tackle and appurtenances at the customary rate of $120.00 per month for a trailer and $240.00 per month for a storage container;

(d) Monthly inspections of the Vessel at the customary yard rate of $70.00 per hour; and

(e) Other necessary and reasonable undertakings for the preservation, safekeeping and security of the Vessel, including inventorying and periodic inspections, and such other actions as required by the United States District Court or the United States Marshals Service. The costs associated with NEBW personnel will be charged at the existing and customary rates as set forth in the attached Rate Schedule.

4. NEBW represents that it has or will obtained prior to the commencement of its custodianship insurance which will respond to damage or loss to the Vessel, or for damages sustained by third parties due to any acts, faults, negligence, or omissions of NEBW, its employees, agents, or servants, committed during the custodianship of the Vessel.

5. NEBW, in consideration of the United States Marshals Service's consent to the substitution of custody, agrees to release the United States Marshal and the United States of

America from any and all liability and responsibility arising out of the care, custody, or control of the Vessel, her engines, tackle, apparel, furniture, equipment, rigging, and all other necessaries appurtenant thereto, from the time the Marshal delivers possession and control of the Vessel to it. NEBW further agrees to hold harmless and indemnify the United States Marshals Service and the United States of America from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping of the Vessel.

6. NEBW agrees to accept substitute custodianship of the Vessel, her engines, tackle, apparel, furniture, equipment, rigging, and all other necessaries appurtenant thereto, in accordance with the terms and conditions of the Order appointing it as the substitute custodian.

I certify under the penalty of perjury that the foregoing is true and correct on this 3 day of ~~September,~~ October 2006.

Thomas Rich, Treasurer
New England Boatworks, Inc.

**Exhibit A**

NEW ENGLAND BOATWORKS
INCORPORATED

1 Lagoon Road
Portsmouth, RI 02871
Phone: (401) 683-6110
Fax: (401) 683-6774

## YARD RATES

| | | |
|---|---|---|
| Electrical, Mechanical, Plumbing<br>Glasswork, Painting<br>Metal work<br>Carpentry | | $70.00/hr |
| | Overtime | $88.00/hr |
| Yard labor and rigging | | $65.00/hr |
| | Overtime | $82.00/hr |
| Varnish and cleaning | | $50.00/hr |
| | Overtime | $60.00/hr |

### Hauling, Launching and Yard Services

| | |
|---|---|
| Haul and block | $8.00/ft |
| Launch | $6.00/ft |
| Over 55 feet | |
| Haul and block | $11.00/ft |
| Launch | $9.00/ft |
| Short Haul<1 hr in lift | $12.00/ft |
| Over 55' | $16.00/ft |
| Haul, load to hydraulic or owners trailer | $10.00/ft |
| Over 55' | $12.00/ft |
| Haul, load to bunks <1 hr in lift | $12.00/ft |
| Over 55' | $16.00/ft |
| Crane, tractor or forklift with operator (1 hr. minimum) | $130.00/hr |
| Travelift | $200.00/hr |
| Unstepping/Stepping Masts | T&M |
| Load/offload containers | $8.00/ft |
| Container storage (4 weeks) | $6.00/ft |

A $5.00 environmental charge will appear on all invoices

Effective January1, 2006