IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COMMERCE BANK, N.A.,

Plaintiff,

vs.

S/V FALCON (O.N.1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, and FALCON PROMOTIONAL SERVICES, LLC, *in personam*,

Defendants.

CA 06 439 T-DLM

CIVIL ACTION NO.
**IN ADMIRALTY**

**ORDER FOR MARITIME ARREST
OF DEFENDANT VESSEL**

This Court has reviewed the Verified Complaint, *Ex Parte Motion for In Rem* Arrest and supporting papers filed by plaintiff in the above-captioned matter. Upon consideration thereof, this Court has determined that the conditions for an *in rem* arrest pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist. Accordingly, it is hereby:

***ORDERED***, that the Clerk shall issue forthwith a *In Rem* Warrant of Maritime Arrest for defendant vessel, FALCON (O.N. 1141354), her engines, tackle, apparel, furniture, equipment, rigging, and all other necessaries appurtenant thereto (hereinafter referred to as "Vessel") directing the United States Marshal to proceed with all deliberate speed and arrest said Vessel which is located at New England Boatworks, Inc. in Portsmouth, Rhode Island.

all claims arising whatever out of said substitute custodian's possession and safekeeping of the Vessel; it is further

***ORDERED***, that New England Boatworks, Inc., One Lagoon Road, Portsmouth, Rhode Island 02871 (hereinafter referred to as "Substitute Custodian"), be, and is hereby, appointed the substitute custodian of the said Vessel to retain the same in its custody for possession and safekeeping until further order of this Court; it is further

***ORDERED***, that the Substitute Custodian may from time to time come before this Court and suggest other matters it might undertake for the reasonable safekeeping, security and preservation of said Vessel; it is further

***ORDERED***, that as outlined in the Substitute Custodian's affidavit, all expenses incurred by the Substitute Custodian for over-the-road transportation, upland storage, and all other necessary and reasonable undertakings for the preservation, safekeeping and security of defendant Vessel shall be deemed *in custodia legis* expenses of the United States Marshal; and it is further

***ORDERED***, that plaintiffs' attorney shall serve a copy of this Order Appointing Substitute Custodian upon the owner of defendant Vessel.

Dated at Providence, Rhode Island on this 6th day of October, 2006.

Enter:

David L Martin

United States ~~District~~ Judge
MAGISTRATE

By Order:

By: Martha Saucy
Deputy Clerk