IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT ~~OF MASSACHUSETTS~~ Rhode Island

***IN REM*** **WARRANT OF MARITIME ARREST** CIVIL ACTION NO. 06-439T

***THE PRESIDENT OF THE UNITED STATES OF AMERICA:***

To the Marshal of the District of Rhode Island or his deputies:

***GREETINGS:***

WHEREAS, a Verified Complaint in Admiralty has been filed in this Court entitled:

**COMMERCE BANK, N.A.,**
**Plaintiff,**
**vs.**

**S/V FALCON (O.N. 1141354),**
**Her Engines, Rigging, Tackle, Apparel,**
**Appurtenances, Etc., *In Rem*, *et al.*,**
**Defendants.**

on the 4th of October, 2006, upon an Admiralty and Maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action;

YOU ARE THEREFORE COMMANDED to attach defendant vessel, FALCON (O.N. 1141354), and to all its components, together with all engines, machinery, tackle, apparel, furniture, equipment, rigging, and all other necessaries appurtenant thereto, now located within this District at New England Boatworks, Inc. in Portsmouth, Rhode Island, or any other location within the District of Rhode Island, and to detain the same in your custody until further order of the Court respecting same.

Dated at Providence, Rhode Island on this ____ day of October, 2006.

By Order:

DAVID A. DIMARZIO, Clerk of Court

By: [signature]
Deputy Clerk

**Note: Any claimant of the property seized shall file his/her claim within ten(10) days after the Warrant has been executed, and shall serve his/her answer within twenty (20) days after filing of the claim.**