IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

OCT 04 2006

Property of U.S. District Court
District of Rhode Island

COMMERCE BANK, N.A.,

Plaintiff,

vs.

S/V FALCON (O.N.1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, and FALCON PROMOTIONAL SERVICES, LLC, *in personam*,

Defendants.

CIVIL ACTION NO.
**IN ADMIRALTY**

CA 06 439 T-DLM

**ORDER APPOINTING SUBSTITUTE CUSTODIAN**

This Court has reviewed plaintiffs' *Ex Parte* Motion for Appointment of a Substitute Custodian and the supporting affidavit. Upon consideration thereof, this Court has determined that the conditions for appointment of a substitute custodian exist pursuant to the terms of Rule E(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Accordingly, it is hereby:

***ORDERED***, that the United States Marshal for the District of Rhode Island be, and is hereby authorized and directed upon arrest of defendant vessel, FALCON (O.N. 1141354), her engines, tackle, apparel, furniture, equipment, rigging, and all other necessaries appurtenant thereto and belonging (hereinafter referred to as "Vessel"), pursuant to the *In Rem* Warrant of Maritime Arrest, to surrender the possession thereof to the substitute custodian named herein, and that upon such surrender the United States Marshals Service shall be discharged from its duties and responsibilities for the safekeeping of the said Vessel and held harmless from any and

***ORDERED***, that any person claiming an interest in said Vessel pursuant to this Order shall upon application to this Court and notice to plaintiff, or its attorney, be entitled to a prompt hearing at which plaintiff shall be required to show cause why the arrest should not be vacated or other relief granted; it is further

***ORDERED***, that the United States Marshal shall attach and serve a copy of this Order with the *In Rem* Warrant of Maritime Arrest upon defendant Vessel; and it is further

***ORDERED***, that plaintiff's counsel shall serve a copy this Order, together with the Summons, Verified Complaint, and *In Rem* Warrant of Maritime Arrest upon the owner of the Vessel.

Dated at Providence, Rhode Island on this 6th day of October, 2006.

Enter:

David L Martin

United States ~~District~~ Judge
MAGISTRATE

By Order:

By: [signature]
Deputy Clerk