IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMERCE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>S/V FALCON (O.N.1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, and FALCON PROMOTIONAL SERVICES, LLC, *in personam*,<br><br>Defendants. | CIVIL ACTION NO. 06-439T/DLM<br>**IN ADMIRALTY** |

**VOLUNTARY NOTICE OF PARTIAL DISMISSAL AND CONSENT TO RELEASE DEFENDANT VESSEL**

NOW COMES plaintiff, Commerce Bank, N.A., and, by its attorney, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the Verified Complaint against the *in rem* defendant only, to wit: S/V FALCON (O.N. 1141354), her engines, rigging, tackle, apparel, appurtenances, etc., without prejudice. Plaintiff hereby waives notice under Rule 77(d). Pursuant to Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims, plaintiff consents to the release of defendant vessel presently held *in custodia legis*. Plaintiff further stipulates and agrees that the fees and expenses of the United States Marshals Service and the court-appointed substitute custodian, New England Boatworks, Inc., may be redeemed from the deposit heretofore provided to the United States Marshal by plaintiff in this matter.

Undersigned counsel attaches a proposed Order and Warrant to Redeliver the Defendant Vessel hereto.

Dated: November 21, 2006

Respectfully submitted,

COMMERCE BANK, N.A.
By its Attorneys,
NORMAN A. PELOQUIN, II, P.C.

/s/ Norman A. Peloquin, II
Norman A. Peloquin, II, Esquire
*Of Counsel*, Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100
Fax (401) 635-9125

*Of Counsel*:

Jeffrey S. Moller
BLANK ROME LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Tel. (215) 569-5792
Fax (215) 832-5792

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COMMERCE BANK, N.A.,

Plaintiff,

vs.

S/V FALCON (O.N.1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, and FALCON PROMOTIONAL SERVICES, LLC, *in personam*,

Defendants.

CIVIL ACTION NO. 06-439T/DLM
**IN ADMIRALTY**

## ORDER TO RELEASE DEFENDANT VESSEL

This Court has reviewed plaintiff's Voluntary Notice of Partial Dismissal and Consent to Release the Defendant Vessel pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Accordingly, it is:

ORDERED that the Clerk of this Court shall issue forthwith a warrant to release and re-deliver defendant vessel, S/V FALCON (O.N. 114354), her engines, rigging, tackle, apparel, appurtenances, etc., directing the United States Marshal for the District of Rhode Island to deliver the said vessel to the party from whom taken.

Dated at Providence, Rhode Island on this ___ day of November, 2006.

Enter:

______________________________
United States District Judge

By Order:

By: ______________________________
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

***IN REM* WARRANT TO RELEASE DEFENDANT VESSEL** C. A. NO. 06-439T/DLM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To The Marshal of the District of Rhode Island or His Deputies:

GREETINGS:

WHEREAS, plaintiff, Commerce Bank, N.A., filed its Verified Complaint in this Court against defendant vessel, S/V FALCON (O.N. 1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, *et al.*, on the 4th of October, 2006, upon an Admiralty and Maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action; and

WHEREAS, the United States Marshal for the District of Rhode Island arrested the said vessel on process issued out of this Court on October 11, 2006; and

WHEREAS, plaintiff hereto has voluntarily dismissed its action against the said vessel pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and further given its consent to the vessel's release pursuant to Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

YOU ARE THEREFORE COMMANDED to return the said vessel, S/V FALCON (O.N. 1141354), her engines, rigging, tackle, apparel, appurtenances, etc., to the party from whom taken.

Dated at Providence, Rhode Island this ___ day of November, 2006.

By Order:
DAVID A. DIMARZIO, Clerk of Court

By: ______________________________
Deputy Clerk