IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMERCE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>S/V FALCON (O.N.1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, and FALCON PROMOTIONAL SERVICES, LLC, *in personam*,<br><br>Defendants. | CIVIL ACTION NO. 06-439T/DLM<br>**IN ADMIRALTY** |

**ORDER TO RELEASE DEFENDANT VESSEL**

This Court has reviewed plaintiff's Voluntary Notice of Partial Dismissal and Consent to Release the Defendant Vessel pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Accordingly, it is:

ORDERED that the Clerk of this Court shall issue forthwith a warrant to release and re-deliver defendant vessel, S/V FALCON (O.N. 114354), her engines, rigging, tackle, apparel, appurtenances, etc., directing the United States Marshal for the District of Rhode Island to deliver the said vessel to the party from whom taken.

Dated at Providence, Rhode Island on this ___ day of November, 2006.

Enter:

Ernest C. Torres
United States District Judge
12/11/06

By Order:

By: [signature]
Deputy Clerk