IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

***IN REM* WARRANT TO RELEASE DEFENDANT VESSEL** C. A. NO. 06-439T/DLM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To The Marshal of the District of Rhode Island or His Deputies:

GREETINGS:

WHEREAS, plaintiff, Commerce Bank, N.A., filed its Verified Complaint in this Court against defendant vessel, S/V FALCON (O.N. 1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, *et al.*, on the 4th of October, 2006, upon an Admiralty and Maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action; and

WHEREAS, the United States Marshal for the District of Rhode Island arrested the said vessel on process issued out of this Court on October 11, 2006; and

WHEREAS, plaintiff hereto has voluntarily dismissed its action against the said vessel pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and further given its consent to the vessel's release pursuant to Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

YOU ARE THEREFORE COMMANDED to return the said vessel, S/V FALCON (O.N. 1141354), her engines, rigging, tackle, apparel, appurtenances, etc., to the party from whom taken.

Dated at Providence, Rhode Island this 12th day of ~~November~~ December, 2006.

By Order:
DAVID A. DIMARZIO, Clerk of Court

By: ______________________
Deputy Clerk