# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

COMMERCE BANK, N.A.,
Plaintiff,
v.

S/V FALCON (O.N. 1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, and FALCON PROMOTIONAL SERVICES, LLC, *in personam*,
Defendant.

CIVIL ACTION
NO. 06-439T/DLM

**IN ADMIRALTY**

## CHANGE OF ADDRESS AND LAW FIRM

Now comes counsel for Commerce Bank, N.A. and respectfully requests that this Honorable Court change the docket to reflect counsel's change of address and law firm, effectively immediately, to the following information.

Norman A. Peloquin, II, *Of Counsel*
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
Tel.: (401) 861-8200
Fax: (401) 861-8210
Email: nap@psh.com

COMMERCE BANK, N.A.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Norman A. Peloquin, II____________
Norman A. Peloquin, II, (BBO # 550872)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2007, a true copy of the foregoing NOTICE OF CHANGE OF ADDRESS AND LAW FIRM was electronically filed with the Clerk of the Court.

/s/ Norman A. Peloquin, II_______________

947170_1/7836-2