# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMERCE BANK, N.A., Plaintiff,<br>v.<br><br>S/V FALCON (O.N. 1141354), her engines, rigging, tackle, apparel, appurtenances, etc., *in rem*, and FALCON PROMOTIONAL SERVICES, LLC, *in personam*,<br>Defendants. | CIVIL ACTION<br>NO. 06-439T/DLM<br><br>**IN ADMIRALTY** |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES the plaintiff, Commerce Bank, N.A., and by its attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(i) hereby dismisses the above-captioned action in its entirety voluntarily and without prejudice.

Dated: December 10, 2007

COMMERCE BANK, N.A.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Norman A. Peloquin, II____________
Norman A. Peloquin, II (RI Bar No. 4146)
180 South Main Street
Providence, RI 02903
Tel.: (401) 861-8200
Fax.: (401) 861-8210

Of Counsel:

Jeffrey S. Moller, Esq.
BLANK ROME LLP
One Logan Square
18th & Cherry Street
Philadelphia, PA 19103-6998